Cathy Elliott Jones, Esq. (California State Bar No.: 117934)
909 Marina Village Parkway, #132
Alameda, California 94501

Telephone: (805) 207-5820
Facsimile:  (805) 669-3001

Counsel for Defendant
Jason Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON MILLER, <br><br> Defendant. | Case No.: 14-CR-00114-DJ <br><br> MOTION AND [PROPOSED] ORDER TO BE WITHDRAW AS COUNSEL OF RECORD |

COMES NOW Cathy Elliott Jones and moves this Court to withdraw as counsel of record in this matter for Defendant Jason Miller. This request is being made due to an irreversible breakdown in communication between attorney and client.

Dated: October 30, 2014

_____
Cathy Elliott Jones

-2-
Motion to Withdraw