STEVEN G. KALAR
Federal Public Defender
GRAHAM E. ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-14-00114 EJD (PSG) |
| Plaintiff, | ) ) | DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR TRAVEL |
| vs. | ) ) | AUTHORIZATION AND MODIFICATION OF CONDITIONS OF RELEASE |
| JASON DAVID MILLER, | ) ) | **Hon. Paul S. Grewal** |
| Defendant. | ) ) | |

Defendant Jason Miller, by and through counsel, hereby applies to this Court for an order modifying the Order Setting Conditions of Release to permit him to travel outside the Northern Districts of California and Georgia and the District of Maryland from May 21, 2015 through May 22, 2015 for travel to Redmond, Washington in the Western District of Washington.

The request for modification is unopposed by United States Attorney David Callaway and United States Pretrial Services.

Dated: May 19, 2015

                                        Respectfully submitted,

                                        STEVEN G. KALAR
                                        Federal Public Defender

                                        /s_____
                                        GRAHAM E. ARCHER
                                        Assistant Federal Public Defender