BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED

MAY 02 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0114 EJD |
| v. | VIOLATION: Title 18, United States Code, Sections 1030(a)(5)(A) and 1030(c)(4)(G)(i) (Class A Misdemeanor) |
| JASON MILLER, | |
| Defendant. | SAN JOSE VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

At all times relevant to this Superseding Information, unless otherwise indicated:

### Background

1.  Hacker Dojo was a non-profit community center in Mountain View, California, that provided a working space and events venue for its members. Those members paid a monthly fee in exchange for working space, an email account, and access to high speed Internet through Hacker Dojo's internal computer network.

SUPERSEDING INFORMATION

2. A "Distributed Denial of Service" (DDoS) is generally described as a hacking attack that attempts to flood a victim computer or network with a large amount of data in order to prevent legitimate users from accessing information or services on that target computer or network.

3. Hacker Dojo's internal computer network suffered a series of DDoS attacks between June 22 and July 14, 2013.

COUNT ONE: (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(G)(i) – Intentionally Causing Damage to a Protected Computer)

4. Paragraphs 1 through 3 are realleged and incorporated as if fully set forth herein.

5. On or about beginning June 22, 2013 and continuing through to July 14, 2013, in the Northern District of California, the defendant,

JASON DAVID MILLER,

knowingly caused the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, that is the defendant launched a DDoS attack on the computer network of Hacker Dojo.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(G)(i), a Class A Misdemeanor.

DATED: April 27, 2016

BRIAN J. STRETCH
United States Attorney

MATTHEW A PARRELLA
Chief, Computer Hacking and Intellectual Property Unit

(Approved as to form: _____)
CYNTHIA FREY
Assistant United States Attorney

SUPERSEDING INFORMATION