UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 1 - 5th Floor
**Criminal Minute Order**

# TITLE: USA v. Jason David Miller (NC)(P)
# CASE NUMBER: 5:14-cr-00114-EJD

<u>TIME IN COURT</u>:   19  mins
(1 mins, 2:29 – 2:30 PM arrgn)
(18 mins, 2:30 – 2:48 PM plea)

**Date:** May 2, 2016
**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez

**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

## APPEARANCES:
Government Attorney(s) present: Cynthia Frey
Defendant Attorney(s) present: Graham Archer

## PROCEEDINGS: (1) Arraignment on Superseding Information, (2) Change of Plea Hearing as to Superseding Information

## ORDER AFTER HEARING:
Hearing held.
The defendant waived formal reading and advisement of rights as to the Superseding Information. The defendant entered a guilty plea as to Count One of the Superseding Information. A plea agreement was executed in open court. The Court ordered the plea recorded. The Court referred the matter to the probation office for preparation of a presentence investigation report. The Court set a date for Sentencing on August 15, 2016 at 1:30 PM.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled – CR CSA
CC: